UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF ALAN L. ZEGAS
552 Main Street
Chatham, New Jersey 07928
(973) 701-7080
Attorneys for Defendant,
Kenneth Lagonia

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-00065-001 |
| Plaintiff, | |
| v. | **CONSENT ORDER EXTENDING DEFENDANT'S DATE OF SURRENDER** |
| KENNETH LAGONIA, | |
| Defendant. | |

---

THIS MATTER having been opened to the Court upon defendant's request, through his attorneys, the Law Offices of Alan L. Zegas, for an order extending defendant's surrender date, and for good cause shown,

IT IS on this 8th day of September, 2010,

ORDERED that defendant Kenneth Lagonia's surrender date to the Federal Correctional Institution, Butner, North Carolina, is hereby extended from September 20, 2010 until October 20, 2010; and it is further

ORDERED that a copy of this Order be served on all interested parties within ___ days of its entry.

_____
HON. JOSE L. LINARES, U.S.D.J.

Form and entry consented to by the undersigned

_____
JUDITH GERMANO
Unit Chief, Commercial Crimes


LAW OFFICES OF ALAN L. ZEGAS

_____
ALAN L. ZEGAS, ESQ.
Attorney's for Defendant,
Kenneth Lagonia