UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER DENYING** |
| | : | **DEFENDANT'S REQUEST TO** |
| -v- | : | **EXTEND DATE OF SURRENDER** |
| | : | |
| KENNETH LAGONIA | : | Mag. No. 09-65 |
| | : | |

An application having been made by defendant, Kenneth Lagonia, to extend the date of

his surrender, and Paul J. Fishman, United States Attorney (Erez Liebermann, Assistant U.S.

Attorney, appearing), having opposed such application, and

it appearing that the Bureau of Prisons is able and prepared to accommodate defendant

Lagonia's medical conditions, and

good cause having been shown,

IT IS on this ___ day of October 2010,

ORDERED, that defendant's application to extend the date of his surrender is DENIED.

_____
HON. JOSE L. LINARES
United States District Judge