UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>  Plaintiff,<br><br><br>  v.<br><br>KENNETH LAGONIA<br><br>  Defendant. | Criminal Action No.: 09-65 (JLL)<br><br><br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Defendant Kenneth Lagonia's (second) Motion for Reduction of Sentence/Compassionate Release filed June 19, 2012. The Court has considered the submissions made in support of and in opposition to the instant motion. For many of the same reasons set forth in the Court's February 17, 2012, Opinion filed with the Order denying the Defendant's first motion for compassionate release, principally that 18 U.S.C. § 3582(c) provides that absent a motion made by the Director of the Bureau of Prisons, a court may not modify a term of imprisonment once it has been imposed, and there being in the instant case no motion by the Bureau of Prisons,

IT IS on this 19TH day of July, 2012

ORDERED that Defendant's motion for compassionate release is DENIED.

IT IS SO ORDERED

_____
Jose L. Linares
United States District Judge